# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

June 10, 2025

**VIA CM/ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15C
New York, NY 10007

      Re:    Keung v. 2ND Ave Fresh Food Corner Inc., et al.
             Case 1:25-cv-01145-LJL

Dear Judge Liman:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for June 18, 2025, at 3:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9].

    The undersigned counsel has undertaken additional efforts including personal service of the Summons and Complaint to Defendants via an independent process server, in order to facilitate Defendants' response to this matter, as service through the Secretary of State can be delayed by months.

    In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877

The initial pretrial conference scheduled for June 18, 2025 is adjourned to July 21, 2025 at 12:00 PM.

SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

June 11, 2025