# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

September 2, 2025

> REQUEST GRANTED.
> The Initial Pretrial Conference is rescheduled to October 20, 2025 at 12:00PM.  Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.  Parties are reminded to jointly submit, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order consistent with the Court's individual practices.
>
> 9/2/2025   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**VIA CM/ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15C
New York, NY 10007

      Re:    Keung v. 2ND Ave Fresh Food Corner Inc., et al.
              Case 1:25-cv-01145-LJL

Dear Judge Liman:

      The undersigned represents the Plaintiff in the above-captioned case. The Initial Pretrial Conference in this matter is currently scheduled for September 5, 2025 at 10:00 p.m., in your Honor's Courtroom.  However, Defendants have not yet appeared in this matter.

      The Court requested that the Plaintiff show cause why Defendant 255-257 EAST 61ST STREET LLC had not been served. Defendant originally was served through the Department of State. [D.E. 9].  Yet, as they are backlogged and because they serve by Certified Mail, due to the delay in response, Plaintiff decided to serve them by personal service.

      Personal Service to Defendant was attempted several times, though the personal service to Defendant was ultimately deemed to have an invalid address. Notwithstanding, Plaintiff found an agent for Defendant 255-257 EAST 61ST STREET LLC to receive Defendant's service.  We had an apparent correct address, only it was c/o another company, an agent, not on the building's directory. We have sent the process server to serve this agent so that the personal service to Defendant 255-257 EAST 61ST STREET LLC be effected.

      In the meantime, we are sending a Federal Express mail to 2ND Ave Fresh Food Corner Inc., who has been served by both the Department of State and personal service, to solicit their response.

      In order to allow for the service of the unserved defendant, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this fourth adjournment request.

        Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com