USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                    Plaintiff,

          -against-

2ND AVE FRESH FOOD CORNER INC, et al.,

                    Defendants.

1:25-cv-1145-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

This case shall be coordinated for purposes of discovery with cases 25cv559 and 25cv6238.

**SO ORDERED.**

**Date:  April 17, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**